# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**LORI THIBERT**                                                                   **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:18CV328-LG-RHW**

**WAFFLE HOUSE, INC.**                                                **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING MOTIONS FOR LEAVE TO PROCEED IFP

BEFORE THE COURT is the [5] Report and Recommendation of Magistrate Judge Walker recommending that the plaintiffs' applications to proceed in forma pauperis in this wrongful termination case be denied. Magistrate Judge Walker determined that Thibert had made false statements in an attempt to obtain in forma pauperis status. For example, she claimed she was homeless and listed no expenses, but also provided a home address and phone number. She claims wrongful termination from her employment in December 2017, yet stated in her financial affidavit that she had not been employed for the last two years. Because it was apparent that Thibert had not been truthful in her submissions to the Court, Magistrate Judge Walker recommended that her two motions seeking in forma pauperis status be denied. Thibert did not file a response. The Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. It will be adopted as the finding of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [5] Report and Recommendation entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [2, 4] Motions for Leave to Proceed In Forma Pauperis are **DENIED**. Plaintiff Thibert must pay the filing fee to the Clerk of Court within thirty (30) days of the date of this Order. Failure to do so will result in dismissal of the case.

**SO ORDERED AND ADJUDGED** this the 3rd day of December, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE